**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC.,

        Plaintiff(s),                                No. C 10-4378  EDL

    v.                                          CLERK'S NOTICE

DOES 1-50 INCLUSIVE, et al.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently set for May 10, 2011 at 10:00 a.m. **has been rescheduled to Wednesday, May 11, 2011 at 4:15 p.m.** before Judge Laporte in Courtroom E, 15th Floor, San Francisco, California. A joint case management conference statement shall be filed no later than May 4, 2011.

Dated:  April 28, 2011

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                             by: *Cora Klein* _____
                                  Cora Klein
                                  Courtroom Deputy