D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br>              vs.<br>DOES 1-50, individuals,<br>    Defendants. | ) **CASE NO.: C-10-4378 (EDL)**<br>) **NOTICE OF PARTIAL VOLUNTARY**<br>) **DISMISSAL WITH PREJUDICE**<br>) **FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 5, 9, 14, 16, 18, 20, 21, 22, 23, and 37 from the above-captioned action *with* prejudice.

Respectfully Submitted,

Dated:  May 2, 2010         */s/ D. Gill Sperlein*

                            D. Gill Sperlein
                            THE LAW OFFICE OF D. GILL SPERLEIN
                            Attorney for Plaintiffs