IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-04378 EDL |
| Plaintiff, | **ORDER CONSTRUING DEFENDANT GONZALEZ'S MAY 16, 2011 LETTER AS AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DOES 1-50, | |
| Defendant. | |

On May 19, 2011, the Court received a letter, with attachments, dated May 16, 2011 from Defendant Mayra Gonzalez. The Court construes this letter as Defendant Gonzalez's Answer to Plaintiff's Complaint and will e-file it.

The Court informs Defendant that any further communications with the Court must be served on all parties of record in this case. Further, Defendant may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Defendant may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Defendant to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office

//
//
//

on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: May _24_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2