D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA,<br>    Plaintiff,<br><br>                vs.<br><br>ELVIS BARNETT, CHERYL CALHOUN, ANNA ARAGON, KANG LI, YURY KALENIK, LEE WILSON, MICHAEL WELCH, DAVID SALARY, FERNANDO OBERTI, LASONYA PITTMAN, PETE WESSON, MONICA PAGE, MAYRA GONZALEZ, GORDON J. BROOM, ROGER WOOWARD, JIM SORIANO, JOHN MONTGOMERY, PEDRO OLIVERA, MIKE MURRAY, TIFFANY KENT, JOHN CAIRE, DAVID HOLIHAN, RICHARD ZHU, JERRY GUTHRIE, LISELOTTE ACEVEDO, and  YOUNG LIN,<br><br>    Defendants. | **CASE NO.: 10-4378 (EDL)**<br><br>**AMENDED[1] REQUEST TO ENTER DEFAULT AS TO DEFENDANTS:**<br><br>**MICHAEL WELCH**<br>**JOHN MONTGOMERY**<br>**PEDRO OLIVERA**<br>**DAVID HOLIHAN**<br>**and**<br>**YOUNG LIN** |

---

[1] This Amended Request to Enter Default replaces Plaintiff's early filing which incorrectly included Roger Woodward.  Plaintiff has previously voluntarily dismissed Mr. Woodward from this action.

-1-

PLAINTIFF'S REQUEST TO ENTER DEFAULT
C-10-4378 (EDL)

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Io Group, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants MICHAEL WELCH, JOHN MONTGOMERY, PEDRO OLIVERA, DAVID HOLIHAN, and YOUNG LIN, on the ground that said Defendants have failed to respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On May 3, 2011, Plaintiff served the Summons and First Amended Complaint in this matter via certified mail with return receipt required on Defendants MICHAEL WELCH, JOHN MONTGOMERY, PEDRO OLIVERA, DAVID HOLIHAN, and YOUNG LIN, all of whom reside outside the State of California. Sperlein Declaration at ¶ 2.

Under California Code of Civil Procedure § 415.40, service became complete ten days after mailing – May 13, 2011. Defendant's responsive pleading became due after an additional twenty-one days – June 3, 2011.

Defendants MICHAEL WELCH, JOHN MONTGOMERY, PEDRO OLIVERA, DAVID HOLIHAN, and YOUNG LIN Antelope have not filed responsive pleadings in response to the First Amended Complaint. *Id*. at ¶ 4.

The above-stated facts are set forth in the accompanying declaration of Gill Sperlein, filed herewith.

Dated: *June 7, 2011*          Respectfully Submitted,

*/s/ Gill Sperlein*
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.