**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    IO GROUP INC,
8              Plaintiff(s),                          No. C 10-4378    EDL
9
      v.                                              CLERK'S NOTICE
10
11   DOES 1-50 INCLUSIVE,, et al,
12             Defendant(s).
13   _____/
14          TO ALL PARTIES AND COUNSEL OF RECORD:
15   YOU ARE NOTIFIED THAT the a hearing on the motion to dismiss filed by defendant David Salery,
16   doc #29 and motions to dismiss and  to quash filed by defendant  Lisolotte Acevedo-Paquette, doc #30
17   is set for hearing on July 26, 2011 at 9:00 a.m.  before Magistrate Judge Laporte  in courtroom F, 15th
18   Floor, 450 Golden Gate Ave, San Francisco, California.  Briefing schedule  shall be in accordance with
19   Civil Local Rules 7-3.
20   Dated:  June 10, 2011
21                                         FOR THE COURT,
                                           Richard W. Wieking, Clerk
22
23                                    by:  _Cora Klein_____
24                                         Cora Klein
                                           Courtroom Deputy
25
26
27
28